| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ashanti M Franklin<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5927<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Romell A Franklin Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8630<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 13   12/12/24 |
| Case number: | 24–18584 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ashanti M Franklin | Romell A Franklin Sr. |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8844 S. Marshfield Ave.<br>Chicago, IL 60620 | 8844 S. Marshfield Ave.<br>Chicago, IL 60620 |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603 | Contact phone 312–294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/13/24 |

**For more information, see page 2**

Debtor **Ashanti M Franklin** and **Romell A Franklin Sr.**                                                                                  Case number **24–18584**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 647 557 0506, and Passcode 7038866130, OR call 1–872–201–1128**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/14/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/20/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/10/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **2/6/25** at **10:00 AM** , Location: **Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 161 414 7941 and passcode 619.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  
Ashanti M Franklin  
Romell A Franklin, Sr.  
    Debtors

Case No. 24-18584-DRC  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 13, 2024 | Form ID: 309I | Total Noticed: 46 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ashanti M Franklin, Romell A Franklin, Sr., 8844 S. Marshfield Ave., Chicago, IL 60620-4958 |
| ustact | + | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 31185737 | + | All Family Dental & Braces, Attn: Bankruptcy, 5708 W. Fullerton Ave., Chicago, IL 60639-2307 |
| 31185767 | + | Rush Oak Park, Attn: Bankruptcy, 26099 Network Place, Chicago, IL 60673-1260 |
| 31185768 | + | Rush University, Attn: Bankruptcy, PO Box 4075, Carol Stream, IL 60197-4075 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Dec 13 2024 22:18:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: bncnotice@chicagoch13.com | Dec 13 2024 22:18:00 | Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603-5764 |
| 31185735 | + | Email/Text: bankruptcy@acimacredit.com | Dec 13 2024 22:19:00 | Acima Credit, Attn: Bankruptcy, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 31185736 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 13 2024 22:56:28 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31185738 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 22:39:45 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 31185739 | + | Email/Text: bankruptcy@bmgmoney.com | Dec 13 2024 22:20:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 31185743 | + | Email/Text: compliance@contractcallers.com | Dec 13 2024 22:20:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 31185745 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Dec 13 2024 22:18:00 | City of Chicago Dept. of Finance, Attn: Bankruptcy, 121 North LaSalle, Room 107A, Chicago, IL 60602 |
| 31185744 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2024 22:18:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 31185747 | | Email/Text: cfcbackoffice@contfinco.com | Dec 13 2024 22:19:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 31185740 | + | EDI: CAPITALONE.COM | Dec 14 2024 03:06:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31185741 | + | EDI: CAPITALONE.COM | Dec 14 2024 03:06:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31185742 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2024 22:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 06831-2563 |
| 31185746 | + EDI: WFNNB.COM | Dec 14 2024 03:07:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31185748 | + EDI: DISCOVER | Dec 14 2024 03:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 31185749 | + Email/Text: EBN@edfinancial.com | Dec 13 2024 22:18:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 31185750 | Email/Text: BNSFN@capitalsvcs.com | Dec 13 2024 22:18:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 31185752 | Email/Text: BNSFS@capitalsvcs.com | Dec 13 2024 22:18:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 31185753 | Email/Text: BNBLAZE@capitalsvcs.com | Dec 13 2024 22:18:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 31185751 | + EDI: AMINFOFP.COM | Dec 14 2024 03:07:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 31185754 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 13 2024 22:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 31185776 | Email/Text: rev.bankruptcy@illinois.gov | Dec 13 2024 22:19:00 | Illinois Department of Revenue, Bankruptcy Dep, Po Box 19035, Springfield, IL 62794-9035 |
| 31185756 | EDI: JPMORGANCHASE | Dec 14 2024 03:06:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 31185755 | + EDI: JEFFERSONCAP.COM | Dec 14 2024 03:07:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31185757 | + Email/Text: bankruptcy.us@klarna.com | Dec 13 2024 22:19:00 | Klarna, Attn: Bankruptcy, 800 N. High St., Ste. 400, Columbus, OH 43215-1430 |
| 31185765 | Email/Text: cscommunications@mrvbanks.com | Dec 13 2024 22:19:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 31185758 | + Email/Text: LRosales@maroonfinancial.org | Dec 13 2024 22:20:00 | Maroon Financial CU, Attn: Bankruptcy, 5525 S Ellis Ave, Ste C, Chicago, IL 60637-2925 |
| 31185759 | + Email/Text: rskavanaugh@merchantsacceptance.com | Dec 13 2024 22:19:00 | Merchants Acceptance Corp., Attn: Bankruptcy, 1314 Auburn Way N, Auburn, WA 98002-4109 |
| 31185760 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2024 22:19:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 31185761 | + Email/Text: bnc@nordstrom.com | Dec 13 2024 22:19:22 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 31185762 | + Email/Text: SBOBankruptcy@NM.org | Dec 13 2024 22:19:00 | Northwestern Hospital, Attn: Bankruptcy, PO Box 4090, Carol Stream, IL 60197-4090 |
| 31185763 | EDI: PRA.COM | Dec 14 2024 03:07:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 31185764 | ^ MEBN | Dec 13 2024 22:17:26 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 31185766 | + Email/Text: bk@rgsfinancial.com | Dec 13 2024 22:18:00 | RGS Financial, Attn: Bankruptcy, PO Box 852039, Richardson, TX 75085-2039 |
| 31185769 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Dec 13 2024 22:18:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 31185770 | Email/Text: bankruptcy@sunbit.com | Dec 13 2024 22:18:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 31185771 | + EDI: SYNC | Dec 14 2024 03:06:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31185772 | + EDI: WTRRNBANK.COM | | |

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 309I | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 14 2024 03:07:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 31185773 | + | Email/Text: bankruptcies@uplift.com | Dec 13 2024 22:18:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 31185775 | | Email/Text: bk@villagecapital.com | Dec 13 2024 22:18:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 31185774 | + | EDI: VERIZONCOMB.COM | Dec 14 2024 03:07:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Ashanti M Franklin cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3