UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
ASHANTI M. FRANKLIN and  
ROMELL A. FRANKLIN SR.,  

Debtor(s)

BK No.: 24-18584

Chapter: 13

Honorable Donald R. Cassling

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #25-1 FILED BY VERIZON

THIS MATTER having come before this Court on the Trustee's Objection to Claim #25-1 filed by Verizon, with proper notice having been given and upon due consideration, it is ordered that the Trustee's objection is SUSTAINED and the claim of Verizon (Claim #25-1) is hereby DISALLOWED.

No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling  
United States Bankruptcy Judge

Dated: June 05, 2025

**Prepared by:**

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900